# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BOBBI L. CHAPMAN-ROUNDS                                  Case Number: 05-72180
116 WALDO STREET                      SSN-xxx-xx-4116
ROCKFORD, IL  61102

Case filed on:     5/2/2005
Plan Confirmed on: 7/8/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,494.49         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BOBBI L. CHAPMAN-ROUNDS | 0.00 | 0.00 | 200.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 200.00 | 0.00 |
| 001 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 3,055.77 | 0.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 4,399.00 | 4,399.00 | 2,671.86 | 0.00 |
|  | Total Secured | 7,454.77 | 4,399.00 | 2,671.86 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 373.00 | 373.00 | 0.00 | 0.00 |
| 004 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 1,651.52 | 1,651.52 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DR. MICHAEL MANLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 15,412.11 | 15,412.11 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,483.29 | 1,483.29 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 1,116.25 | 1,116.25 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 2,927.40 | 2,927.40 | 0.00 | 0.00 |
| 016 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WALMART STORES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 294.59 | 294.59 | 0.00 | 0.00 |
| 024 | MIDWEST CASH EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BIG JOE THE PLUMBER, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NATIONAL CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RDC FINANCIAL GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SC SERVICES AND ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,258.16 | 23,258.16 | 0.00 | 0.00 |
|  | Grand Total: | 32,076.93 | 29,021.16 | 4,235.86 | 0.00 |

Total Paid Claimant:    $4,235.86
Trustee Allowance:      $258.63        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008             By  /s/Heather M. Fagan